

Misc. No. 12–8008/AR. Julian Assange, and Wikileaks, Appellants v. United States and Lieutenant Colonel Paul Almanza, Appellees. CCA 20111146. On consideration of the writ-appeal petition; the motion filed by Baher Azmy, Esq., to appear pro hac vice; Appellant's motion to supplement the record; the motion for leave to file a joint appendix; and Appellee's motion to attach affidavit, it is ordered that said motions are hereby granted, and said writ-appeal petition is hereby denied.

No. 11–0639/AR. U.S. v. Tanner P. Forry. CCA 20080334. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including January 26, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0147/MC. U.S. v. Phillip J. Apodaca. CCA 201100008. Appellant's motion to attach documents and Appellee's motion to file an opposition to Appellant's motion to attach documents out of time are hereby denied.

No. 12–0222/AR. U.S. v. Terrance L. Abernathy. CCA 20110229. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including January 26, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–8011/AR. Charles Graner, Jr., Appellant v. United States, Appellee. Appellee's motion to extend time to file an answer to the writ-appeal petition is granted to February 8, 2012.

No. 12–0030/AR. U.S. v. Michael C. Behenna. CCA 20090234. Review granted on the following issues: